UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Nicholas Ruggiero

Defendant(s).

----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-545 ( )

Defendant ___Nicholas Ruggiero___ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ___ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer


_Nicholas Ruggiero / AGK_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Nicholas Ruggiero_
Print Defendant's Name

_____
Defendant's Counsel's Signature

_David Bertan_
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_10/20/2020_
Date

_Andrew Kra_
~~U.S. District Judge~~/U.S. Magistrate Judge