November 16, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

NICHOLAS RUGGIERO  ,

                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED REMOTELY**

20-CR-545     (PMH) (   )

Defendant Nicholas Ruggiero hereby voluntarily consents to participate in the following proceeding via ☐ videoconferencing or ☒ teleconferencing:

☒    Initial Appearance Before a Judicial Officer

☐    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Sentencing


-S-                                                                    -S-
_____        _____
Defendant's Signature                                    Defendant's Counsel's Signature

Nicholas Ruggiero                                          David K. Bertan
_____        _____
Print Defendant's Name                                  Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

November 19, 2020                                        _____
_____        
Date                                                                  Hon. Philip M. Halpern, U.S. District Judge
                                                                         Southern District of New York