November 16, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

NICHOLAS RUGGIERO,

    Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED REMOTELY**

20 -CR- 545    (PMH) ( )

Defendant NICHOLAS RUGGIER hereby voluntarily consents to participate in the following proceeding via   ☐ videoconferencing or ☒ teleconferencing:

☐   Initial Appearance Before a Judicial Officer

☐   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☐   Sentencing

☒   *[handwritten: Status Conference]*

_____
Defendant's Signature
BY DAVID BERTAN

NICHOLAS RUGGIERO
Print Defendant's Name

_____
Defendant's Counsel's Signature

DAVID K. BERTAN, ESQ.
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

November 2, 2021
Date

_____
Hon. Philip M. Halpern, U.S. District Judge
Southern District of New York