UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :   **RESCHEDULING ORDER**
                                    :
**Nicholas Ruggiero,**              :   7-20-cr-00545-6-PMH
          Defendants.               :
                                    :
------------------------------------------------------------x

Sentencing in this matter is rescheduled to December 20, 2022 at 2:00 pm in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: August 2, 2022         SO ORDERED:

                              _____
                              Philip M. Halpern, U.S.D.J